## CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE

**THIS SETTLEMENT AGREEMENT AND RELEASE** (hereinafter "Agreement") is executed this 29th day of July 2022, between PRO TAE KWON DO OF TOWER SQUARE, INC ("PRO TKD") and ERIK J. MAGBANUA ("Magbanua") (hereinafter collectively known as "Defendants"), their respective principals, agents, servants, officers, directors, managers, Plaintiffs, predecessors, parents, subsidiaries, affiliates, divisions, partners and successors (hereinafter collectively referred to as "Releasees"), and JACKSON KIELB, his heirs, successors and assigns (hereinafter "Plaintiff").

**WHEREAS,** Plaintiff filed a Complaint in the United States District Court, Northern District of Florida, Case No.: 1:22-CV-00087-MW-GRJ (hereinafter "Complaint"), alleging violations of the Fair Labor Standards Act ("FLSA") and Florida common law for (1) unpaid wages and overtime, (2) breach of contract, and (3) battery.

**WHEREAS,** Releasees deny liability with respect to any and all claims relating to Plaintiff's employment with Defendants, and;

**WHEREAS,** the parties to this Agreement nonetheless desire to settle and compromise all potential claims and desire to enter into this Agreement in full settlement and discharge of all claims which might have been brought, upon the terms and conditions set forth herein;

**NOW, THEREFORE,** in consideration of the foregoing mutual promises herein set forth, and of other good and valuable consideration, the sufficiency of which is hereby acknowledged, it is agreed as follows:

1. **Settlement Proceeds:** Releasees shall pay $20,000.00 in full and final settlement of any and all claims that could have been brought by Plaintiff against Releasees. This sum is inclusive of fees and costs, and will be paid within 30 days of Plaintiff's execution of this Agreement as follows: (1) General damages to Plaintiff in the amount of $8,000.00; (2) Backpay Wages to Plaintiff in the amount of $1777.50; (3) Liquidated damages to Plaintiff in the amount of $1777.50; and (4) Attorney fees/costs to The Law Office of Matthew Birk, LLC, in the amount of $8445.00.

2. **Indemnification:** Plaintiff shall defend, save harmless and indemnify Releasees against any claim or demand or other legal action, whether groundless or otherwise, arising out of this payment.

3. **Covenant Not to Sue:** Plaintiff agrees not to file or initiate a lawsuit in any court or initiate an arbitration proceeding asserting any of the Released Claims against any of the Released Parties. Plaintiff further agrees that Plaintiff will not be a member of any class in any court or in any arbitration proceeding seeking relief against the Released Parties based on disputed claims and/or claims released by this Agreement, and that even if a court or arbitrator rules that Plaintiff may not waive a claim released by this Agreement, Plaintiff will not accept or be entitled to any money damages or other relief in connection with any other action or proceeding asserting any of the Released Claims against any of the Released Parties. Plaintiff agrees to return any settlement proceeds under this Agreement and to reimburse Releasees for any legal fees that Defendants incur as a result of a breach of this paragraph by Plaintiff.

4. **Dismissal of Complaint:** Within ten (10) business days of the execution of this agreement, the parties shall file a Joint Motion for Approval of Settlement Agreement and for Dismissal with Prejudice. The Parties agree to seek the Court's reservation of jurisdiction to enforce the terms of the settlement agreement.

**IN WITNESS WHEREOF,** the parties have caused this Agreement to be duly executed.

Defendant, Pro Tae Kwon Do of Tower Square Inc.

By: _[signature]_

Title: __PRESIDENT__

Date: __07/29/22__

Plaintiff, Jackson Kielb

By: _____

Title: _____

Date: _____

Defendant, Erik J. Magbanua

By: _[signature]_

Title: __PRESIDENT__

Date: __07/29/22__