IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JACKSON KIELB,**

   *Plaintiff*,

v.                                   Case No.:  1:22cv87-MW/ZCB

**PRO TAE KWON DO OF TOWER
SQUARE, INC., and ERIK J.
MAGBANUA,**

   *Defendants*.

_____/

## ORDER FOR CLARIFICATION

    The parties jointly move this Court to review and approve their settlement of Plaintiff's claims pursuant to the Fair Labor Standards Act ("FLSA").  ECF No. 17. The parties have submitted a copy of the settlement agreement for *in camera* review. ECF No. 17-1.

    Although the agreement includes a general release, Defendants have agreed to pay Plaintiff general damages in addition to backpay wages and liquidated damages. This Court takes no issue with the general release or negotiated damages; however, the parties' explanation of the attorney's fees calculation compared with the fees listed in the attached settlement agreement requires further clarification. Namely, while the motion explains that the parties negotiated fees and costs totaling $2445, the agreement lists fees and costs totaling $8445. Accordingly, the parties

must file a notice clarifying this aspect of the agreement for the Court **on or before 5:00 PM (ET) on Tuesday, August 2, 2022**.

**SO ORDERED on August 1, 2022.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
