IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| JACKSON KIELB, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:22-cv-00087-MW-GRJ |
| | ) |
| PRO TAE KWON DO OF TOWER | ) |
| SQUARE, INC. and | ) |
| ERIK J. MAGBANUA, | ) |
| | ) |
|    Defendants. | ) |
| | ) |

### JOINT RESPONSE TO ORDER REQUIRING CLARIFICATION

Plaintiff, JACKSON KIELB and Defendants, PRO TAE KWON DO OF TOWER SQUARE, INC. ("DEFENDANT TKD"), and ERIK J. MAGBANUA ("DEFENDANT MAGBANUA") (collectively "the Parties"), through their respective counsel, provide the following in response to the Court's Order requiring clarification.

### BACKGROUND

The parties entered into a settlement agreement that was submitted for Court approval on August 1, 2022. That same day, the Court entered an Order requiring the parties to clarify how they arrived at the negotiated amount of attorney's fees and costs. This is their response to that Order.

On June 7, 2022, following a telephone discussion with undersigned counsel, Plaintiff provided his initial settlement demand through an email, breaking down his demand with respect to his FLSA claim and battery claim. On June 27, 2002, Defendant, through counsel, provided an

initial settlement offer via an email that set forth Defendant's position with regard to the various components of Plaintiff's claims. The parties subsequently negotiated by phone and email and ultimately agreed on the settlement amounts and apportionment set forth in the settlement agreement attached to the Motion for Approval.

The amounts of attorney's fees and costs and their respective apportionment were proposed by Plaintiff's counsel in an email on July 13, 2002. Specifically, undersigned counsel for Plaintiff proposed Plaintiff receive for the FLSA settlement: $1,777.50 in backpay, $1,777.50 in liquidated damages for the FLSA, $2,000 in attorney's fees and $445 in costs. An additional $14,000 was proposed to be apportioned to a general release with Plaintiff receiving $8,000 and counsel receiving $6,000. On July 17, 2002, counsel for Defendants advised that Defendants agreed to the amounts negotiated in the July 13th email and subsequently the parties prepared the settlement agreement and motion for approval.

**WHEREAS,** for the reasons set forth above and in their joint motion for court approval, the Parties jointly and respectfully request that this Honorable Court approve the settlement agreement between Plaintiff and Defendants and dismiss this action with prejudice.

Respectfully submitted this 2nd day of August 2022.

/s/ Angelo M. Filippi  
KELLEY KRONENBERG, P.A.  
Angelo Filippi, Esq.  
Counsel for Defendants  
10360 West State Road 84  
Fort Lauderdale, Florida 33324  
Tel: (954) 370-9970  
Fax: (954) 333-3763  
afilippi@kelleykronenberg.com  

/s/ Matthew W. Birk  
The Law Office of Matthew Birk, LLC  
Matthew W. Birk, Esq.  
Counsel for Plaintiff  
309 NE 1st Street  
Gainesville, FL 32601  
Tel: (352) 244-2069  
Fax: (352) 372-3464  
mbirk@gainesvilleemploymentlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF to counsel for the Defendant this 2nd day of August 2022.

    **/s/ Matthew W. Birk**
Matthew W. Birk