# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**JACKSON KIELB,**

    **Plaintiff,**

v.                                                     **Case No.  1:22cv87-MW/ZCB**

**PRO TAE KWON DO OF TOWER SQUARE, INC., and ERIK J. MAGBANUA,**

    **Defendants.**

_____/

## JUDGMENT

The parties are ordered to comply with their settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                                                                    JESSICA J. LYUBLANOVITS
                                                                                    CLERK OF COURT

<u>August 2, 2022</u>                                                   s/A. Tinaya-Miller
Date                                                                Deputy Clerk: A. Tinaya-Miller